# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-70770-JAD |
|     Daniel R. Mabon, | : | CHAPTER 13 |
|         Debtor | : | |
| | : | Related to Doc. No. 50, 52 |
| Daniel R. Mabon, | : | |
|         Movant | : | Concil. Conf.: |
| | : | 12/7/2017 at 03:30 PM |
|     vs. | : | |
| | : | |
| Lakeview Loan Servicing, LLC, | : | |
|     and | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|         Respondents | : | |

## CERTIFICATE OF SERVICE OF ORDER DATED NOVEMBER 6, 2017 NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED NOVEMBER 3, 2017

    I, Sharla Munroe, Paralegal for to the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated November 6, 2017, Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan dated November 3, 2017, on the parties on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: November 8, 2017

                                                                           By:    /s/ Sharla Munroe
                                                                                 Sharla Munroe, Paralegal
                                                                                 McElrath Legal Holdings, LLC
                                                                                 1641 Saw Mill Run Blvd
                                                                                 Pittsburgh, PA 15210
                                                                                 Tel: 412.765.3606
                                                                                 Fax: 412.765.1917

# MATRIX

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Daniel R. Mabon
5665 Route 119 Highway
North Home, PA 15747

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Indian Regional Medical Center
835 Hospital Road
Indiana, PA 15701

M & T Bank
1 Fountain Plz
Buffalo, NY 14203

Penn Credit Corporation
916 S 14th St
Harrisburg, PA 17104

Peoples TWP Bankruptcy Department
Attn: Dawn Lindner
375 North Shore Drive
Suite 600
Pittsburgh, PA 15212