# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| DANIEL R. MABON | ) | Case No. 14-70770 JAD |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE

Kindly enter my appearance on behalf of Creditor, Indiana Regional Medical Center, in the above-referenced matter. Please direct future correspondences to my contact information below. Thank you.

*/s/ William M. Buchanan*
William M. Buchanan, Esquire
PA I.D. No. 202843

BURNS WHITE LLC
Burns White Center
48 26th Street
Pittsburgh, PA  15222
P: (412) 995-3078
F: (412) 995-3300
wmbuchanan@burnswhite.com

Date:  October 30, 2019