# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 13 |
| | ) |
| DANIEL R. MABON, | ) Case No. 14-70770 JAD |
| | ) |
| Debtor. | ) Related to Doc. Nos. 72, 82 and Claim |
| | ) No. 2 |
| | ) |
| Ronda J. Winnecour, Trustee, | ) |
| | ) Hearing Date: November 27, 2019 at |
| Movant, | ) 10:00 a.m. |
| | ) |
| vs. | ) Response Deadline: November 12, 2019 |
| | ) |
| Indiana Regional Medical Center, | ) |
| | ) |
| Respondent. | ) |

## **CERTIFICATE OF SERVICE OF ORDER**

I hereby certify that on November 5, 2019, I served a true and correct copy of the Court's November 4, 2019 Text Order Restrict Public Access to Claim filed at Dkt. 82 on the following parties by First Class U.S. Mail, postage prepaid:

Katherine DeSimone, Esq.
Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
kdesimone@chapter13trusteewdpa.com

Paul McElrath, Esquire
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210
ecf@mcelrathlaw.com

Daniel R. Mabon
5665 Route 119 Highway North
Home, PA 15747

Office of the U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Date: <u>November 5, 2019</u>      <u>/s/ William M. Buchanan</u>
William M. Buchanan, Esquire
PA I.D. No. 202843

BURNS WHITE LLC
Burns White Center
48 26th Street
Pittsburgh, PA  15222
P: (412) 995-3078
F: (412) 995-3300
wmbuchanan@burnswhite.com