IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Daniel R. Mabon | : | Case No.14-70770JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Claim: 2 |
| Movant(s) | : | |
| | : | Re. Doc. 72 |
| vs. | : | |
| Indiana Regional Medical Center | : | |
| | : | Hearing Date |
| Respondent(s) | | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO COMPEL CREDITOR TO AMEND CLAIM AND RESTRICT PUBLIC ACCESS

The Trustee's Motion that was filed in the above-referenced case on October 18, 2019 (document #72) is hereby WITHDRAWN. The hearing scheduled for November 27, 2019 is Cancelled.

Respectfully submitted

11/15/19                                    /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Daniel R. Mabon                                          :    Case No.14-70770JAD
                                                         :    Chapter 13
      Debtor(s)                 :
Ronda J. Winnecour, Trustee                              :
                                                         :    Re Claim: 2
      Movant(s)                 :
                                                         :
      vs.                       :
Indiana Regional Medical Center                          :
                                                         :    Hearing Date
      Respondent(s)             :

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Indiana Regional Medical Center
Attn: Terra Havash, Financial Counseling Supervisor
PO Box 788
Indiana PA 15701

Indiana Regional Medical Center
Attn: Stephen A. Wolfe, CEO
835 Hospital Road
Indiana PA 15701

Daniel R. Mabon
5665 Route 119 Highway North
Home PA 15747

Paul McElrath, Esquire
1641 Saw Mill Run Blvd
Pittsburgh PA 15210

| | |
|---|---|
| 11/15/19 | /s/ Dianne DeFoor___ |
| date | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |