IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DANIEL R. MABON, | : | Bankruptcy No. 14-70770JAD |
| Debtor(s). | : | Chapter 13 |
| | : | Doc. # 86 |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Movant(s), | : | |
| vs. | : | Related To Doc. # 72 |
| DANIEL R. MABON, | : | |
| Respondent(s). | : | |

# ORDER

AND NOW, this **22nd** day of **November**, **2019**, it appears to the Court that the movant has filed at Doc. #86 a *Withdrawal of Motion To Compel Creditor To Amend Claim and Restrict Public Access* in the above-captioned bankruptcy case.

It is hereby **ordered** that Doc. # 72 is denied as withdrawn.

It is further **ordered** that the hearing scheduled on Doc. #72 - *Motion To Compel Creditor To Amend Claim and Restrict Public Access* for November 27, 2019, at 11:00 AM in Courtroom B, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901 is hereby CANCELLED.

JEFFERY A. DELLER
U.S. Bankruptcy Judge

sjk

CASE ADMINISTRATOR TO MAIL:
Parties In Interest

FILED
11/22/19 8:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00025389

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-70770-JAD
Daniel R. Mabon                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: agro              Page 1 of 1              Date Rcvd: Nov 22, 2019
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.
db          +Daniel R. Mabon,    5665 Route 119 Highway North,    Home, PA 15747-9106
cr          +Indiana Regional Medical Center,    P.O. Box 788,   Indiana, PA 15701-0788
13958879    +Indian Regional Medical Center,    835 Hospital Road,   Indiana, PA 15701-3629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Daniel R. Mabon ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William M. Buchanan    on behalf of Creditor    Indiana Regional Medical Center
               wmbuchanan@burnswhite.com,    will12180@yahoo.com;pgcarter@burnswhite.com
                                                                                             TOTAL: 8