**Form 408**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Daniel R. Mabon**
Debtor(s)

Bankruptcy Case No.: 14–70770–JAD

Chapter: 13
Docket No.: 91 – 89

### ORDER SETTING DATE CERTAIN
### FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of November, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/13/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/22/20 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/13/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 14-70770-JAD
Daniel R. Mabon                                                     Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-7          User: jfur                  Page 1 of 1           Date Rcvd: Nov 26, 2019
                              Form ID: 408                Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db             +Daniel R. Mabon,    5665 Route 119 Highway North,    Home, PA 15747-9106
cr             +Indiana Regional Medical Center,    P.O. Box 788,    Indiana, PA 15701-0788
cr             +Peoples TWP, LLC,    Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13958878       +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13958879       +Indian Regional Medical Center,    835 Hospital Road,   Indiana, PA 15701-3629
13971674       +Indiana Regional Medical Center,    640 Kolter Drive,   Indiana, PA 15701-3570
13947911       +KML Law Group,   Suite 5000-Mellon Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13964288        E-mail/Text: camanagement@mtb.com Nov 27 2019 03:57:36      M&T Bank,   PO Box 1288,
                 Buffalo, NY 14240-1288
13947912        E-mail/Text: camanagement@mtb.com Nov 27 2019 03:57:36      M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
                                                                                             TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
13958880*      ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,   AMHERST NY 14228-2307
                (address filed with court:   M & T Bank,   1 Fountain Plz,   Buffalo, NY 14203)
13947913       ##+Penn Credit Corporatio,   916 S 14th St,   Harrisburg, PA 17104-3425
13958881       ##+Penn Credit Corporation,   916 S 14th St,   Harrisburg, PA 17104-3425
                                                                                  TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Daniel R. Mabon ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William M. Buchanan    on behalf of Creditor    Indiana Regional Medical Center
               wmbuchanan@burnswhite.com,    will12180@yahoo.com;pgcarter@burnswhite.com
                                                                                             TOTAL: 8
```